# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

VICTOR SIMMONS

VERSUS

CITY OF BATON ROUGE/PARISH
OF EAST BATON ROUGE THROUGH
THE DEPARTMENT OF PUBLIC
WORKS AND THE BATON ROUGE
WATER WORKS COMPANY

NO.   2021 CW 0366

**JULY 19, 2021**

---

In Re:   The Baton Rouge Water Works Company, applying for
         supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 662845.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

   **WRIT DENIED.**

**VGW**
**JEW**

   **Wolfe, J.,** dissents and would issue a briefing schedule
pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT